RECEIVED

SEP - 8 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| TONIA LEWIS | CIVIL ACTION NO. 04-0719 |
| versus | JUDGE ROBERT G. JAMES |
| JO ANNE BARNHART | MAG. JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the decision of the Magistrate Judge be **AFFIRMED**.

THUS DONE AND SIGNED this 8 day of September, 2005, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE